IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

---

Swissdigital USA Co., Ltd.,

    Plaintiff,

v.

Avon Lifestyle Pvt. Ltd. and

Naina Parekh,

    Defendants.

---

JURY TRIAL DEMANDED

Case No.: 1:20-cv-870

## DECLARATION OF ANYA ENGEL

I, Anya Engel, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over twenty-one years of age and have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am an associate attorney in the law firm of Keyhani LLC and represent Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital").

3. I submit this declaration in support of Plaintiff's Response to the Court's Order to Show Cause.

4. Attached hereto as Exhibit A is a true and correct copy of email correspondences between counsel for Swissdigital and Ancillary Legal Corporation, an international process server, from the period of August 3, 2020 through October 14, 2020.

Executed on: December 11, 2020        /s/ Anya Engel

1