# EXHIBIT A

## Re: Keyhani LLC delivery notification

From: Esha Clements <esha.clements@ancillarylegal.com>
Sent: Wed, Oct 14, 2020 at 12:16 pm
To: dkeyhani@keyhanillc.com
Cc: aengel@keyhanillc.com

Good morning,

To clarify, the deliveries were for Naina Parekh and Avon Lifestyle PVT. LTD.
Please reach out to our office if you have any questions or concerns.


Best Regards,

Esha Clements

Local Service Specialist
Ancillary Legal Corporation
a: 2900 Chamblee Tucker Road, Building 13, Atlanta, GA 30341
e: inquire@ancillarylegal.com | w: www.ancillarylegal.com
p: (404) 459-8006 | Pay Online | Satisfaction Survey


The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this information is strictly forbidden by law. If you have received this e-mail in error, please notify me by reply e-mail and then delete this message. Do not pass any of this information to anyone else. Thank you for your cooperation.

---

**From:** Esha Clements
**Sent:** Wednesday, October 14, 2020 12:03 PM
**To:** dkeyhani@keyhanillc.com <dkeyhani@keyhanillc.com>
**Cc:** aengel@keyhanillc.com <aengel@keyhanillc.com>
**Subject:** Keyhani LLC delivery notification

Good morning,

Your documents were delivered to the Central Authority today for service.
Once your documents have been served or we have a return from the Central Authority, we will let you know. Please keep in mind that service typically take 18-20 weeks but may take longer.
In the meantime, please do not hesitate to contact our office if you have any questions or concerns.

Best Regards,

Esha Clements

Local Service Specialist
Ancillary Legal Corporation
a: 2900 Chamblee Tucker Road, Building 13, Atlanta, GA 30341
e: inquire@ancillarylegal.com | w: www.ancillarylegal.com
p: (404) 459-8006 | Pay Online | Satisfaction Survey

The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule.  If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this information is strictly forbidden by law.  If you have received this e-mail in error, please notify me by reply e-mail and then delete this message.  Do not pass any of this information to anyone else.  Thank you for your cooperation.

### RE: Service in India

From: Foss Baker <foss.baker@ancillaryinternational.com>
Sent: Fri, Oct 9, 2020 at 1:46 pm
To: aengel@keyhanillc.com

image001.gif (262.6 KB)   image002.png (1.1 KB)   image003.png (1.3 KB)   image004.png (1.3 KB)   image005.png (1.3 KB)   – Download all

Images not displayed.   SHOW IMAGES  |  ALWAYS SHOW IMAGES FROM THIS SENDER

Thanks Anya. We will get started.



**Foss Baker | Staff Attorney**

**Ancillary Legal Corporation**
**a:** 2900 Chamblee Tucker Road, Building 13, Atlanta, GA 30341
**e:** foss.baker@ancillarylegal.com | **w:** www.ancillarylegal.com
**p:** (404) 459-8006 | Pay Online | Satisfaction Survey

**Elizabeth Gallo Court Reporting**
**e:** info@georgiareporting.com | **w:** www.georgiareporting.com
**p:** (404) 389-1155 | Pay Online | Satisfaction Survey

The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this information is strictly forbidden by law. If you have received this e-mail in error, please notify me by reply e-mail and then delete this message. Do not pass any of this information to anyone else. Thank you for your cooperation.

**\*In an effort to combat the spread of Covid-19, our International and Local teams are working remotely. A skeleton crew is available at our office for original documents and shipments, and we do not intend for our services to be delayed as a result. Please let us know if you have any questions, but we intend to operate as normally as possible during this situation.**

---

**From:** aengel@keyhanillc.com <aengel@keyhanillc.com>
**Sent:** Friday, October 9, 2020 1:14 PM
**To:** Foss Baker <foss.baker@ancillaryinternational.com>
**Subject:** RE: Service in India

Hi Foss,

Thank you for the link. We have made the payment.

Best regards,

Anya

-----Original Message-----
From: "Foss Baker" <foss.baker@ancillaryinternational.com>
Sent: Wednesday, October 7, 2020 11:54am
To: "aengel@keyhanillc.com" <aengel@keyhanillc.com>
Subject: RE: Service in India

Hi Anya,

Here is the invoice for payment. There is a secure link in the invoice that you can pay through.

**Foss Baker | Staff Attorney**

**Ancillary Legal Corporation**
**a:** 2900 Chamblee Tucker Road, Building 13, Atlanta, GA 30341

**Elizabeth Gallo Court Reporting**
**e:** info@georgiareporting.com | **w:** www.georgiareporting.com
**p:** (404) 389-1155 | Pay Online | Satisfaction Survey

e: foss.baker@ancillarylegal.com | w: www.ancillarylegal.com
p: (404) 459-8006 | **Pay Online** |
**Satisfaction Survey**

The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this information is strictly forbidden by law. If you have received this e-mail in error, please notify me by reply e-mail and then delete this message. Do not pass any of this information to anyone else. Thank you for your cooperation.

**\*In an effort to combat the spread of Covid-19, our International and Local teams are working remotely. A skeleton crew is available at our office for original documents and shipments, and we do not intend for our services to be delayed as a result. Please let us know if you have any questions, but we intend to operate as normally as possible during this situation.**

**From:** aengel@keyhanillc.com <aengel@keyhanillc.com>
**Sent:** Wednesday, October 7, 2020 11:23 AM
**To:** Foss Baker <foss.baker@ancillaryinternational.com>
**Subject:** RE: Service in India

Hi Foss,

Thanks for your message. We were hoping to provide credit card information either by phone or email (if you have a form we can fill out and scan). Could we have an invoice to confirm what payment is due?

Thank you,

Anya

-----Original Message-----
From: "Foss Baker" <foss.baker@ancillaryinternational.com>
Sent: Tuesday, October 6, 2020 3:46pm
To: "aengel@keyhanillc.com" <aengel@keyhanillc.com>
Subject: Service in India

Hi Anya,

We received your packet for service on Avon Lifestyle and Naina Parekh today. I don't see that payment was supplied. How did you want to get the prepayment covered?

**Foss Baker | Staff Attorney**
**Ancillary Legal Corporation**
a: 2900 Chamblee Tucker Road, Building 13, Atlanta, GA 30341

**Elizabeth Gallo Court Reporting**
e: info@georgiareporting.com | w: www.georgiareporting.com
p: (404) 389-1155 | **Pay Online** | **Satisfaction Survey**

e: foss.baker@ancillarylegal.com | w:



www.ancillarylegal.com
**p:** (404) 459-8006 | **Pay Online** |
**Satisfaction Survey**

The materials and information in this email are confidential and may contain Protected Health Information covered under the HIPAA Privacy Rule.  If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this information is strictly forbidden by law.  If you have received this e-mail in error, please notify me by reply e-mail and then delete this message.  Do not pass any of this information to anyone else.  Thank you for your cooperation.

**\*In an effort to combat the spread of Covid-19, our International and Local teams are working remotely. A skeleton crew is available at our office for original documents and shipments, and we do not intend for our services to be delayed as a result. Please let us know if you have any questions, but we intend to operate as normally as possible during this situation.**

## Re: Service in India

From:   Ilenia Quintero <Ilenia.Quintero@ancillaryinternational.com>
Sent:   Fri, Aug 7, 2020 at 10:55 am
To:   aengel@keyhanillc.com

image001.gif (262.6 KB)   image002.png (1.1 KB)   image003.png (1.3 KB)   image004.png (1.3 KB)   image005.png (1.3 KB)   image006.gif (262.6 KB)
image007.png (1.1 KB)   image008.png (1.3 KB)   image009.png (1.3 KB)   image010.png (1.3 KB)   – Download all

Images not displayed.    **SHOW IMAGES**   |   **ALWAYS SHOW IMAGES FROM THIS SENDER**

Good morning Anya,

Unfortunately, no. The only service you can go through with India is through the Hague Convention.

Please, let me know if you have any other questions.

*kindest regards,*

cidimage001.gif@01D5D293.5D43FD60

**Ilenia Quintero | International Service Paralegal**
**Ancillary Legal Corporation**
**a:** 2900 Chamblee Tucker Road,
     Building 13, Atlanta, GA 30341
**e:** inquire@ancillarylegal.com | **w:**www.ancillarylegal.com
**p:** (404) 459-8086 | **Pay Online**| **Satisfaction Survey**



**Elizabeth Gallo Court Reporting**
**e:** info@georgiareporting.com | **w:** www.georgiareporting.com
**p:** (404) 389-1155 | **Pay Online** | **Satisfaction Survey**



**\*In an effort to combat the spread of Covid-19, our International and Local teams are working remotely. A skeleton crew is available at our office for original documents and shipments, and we do not intend for our services to be delayed as a result. Please let us know if you have any questions, but we intend to operate as normally as possible during this situation.**

**From:** "aengel@keyhanillc.com" <aengel@keyhanillc.com>
**Date:** Thursday, August 6, 2020 at 6:19 PM
**To:** Ilenia Quintero <Ilenia.Quintero@ancillaryinternational.com>
**Subject:** RE: Service in India

Hi Ilenia,

Thank you very much for your message. Is there any way to expedite service of process so that it takes less than 6 months?

Best regards,

Anya

-----Original Message-----
From: "Ilenia Quintero" <Ilenia.Quintero@ancillaryinternational.com>
Sent: Monday, August 3, 2020 3:28pm
To: "aengel@keyhanillc.com" <aengel@keyhanillc.com>
Subject: Service in India

Hello Niya:

 Thank you for contacting Ancillary regarding service of process in India. There is only one way to serve documents there. Ancillary routinely serves process there as well as all over the world.

**Hague Convention:** Service of process can be made in this country under the procedures of an international service of process treaty called the Hague Convention. Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 UST 361, 658 U.N.T.S. 163, 28 USCA (Appendix following FRCP, Rule 4). Service is made by an official of the foreign Court through their Ministry. Treaty service is always the preferred method of service. The fee is $595 and service usually takes around 6 months for service, however it can take an additional 6 – 8 weeks for the proof of service to be returned. Translations are not required.

*This type of service requires original documents from the court.

**Ancillary Fees:** International fees are prepaid. The above quoted fees exclude courier fees (FedEx) and notarization fees whenever a private process server's affidavit must be notarized.

Please call or email us anytime at your convenience, if you have additional questions or if you are ready to proceed.

Once again, thanks for contacting Ancillary. We look forward to handling this important matter for you.

kindest regards,

**Ilenia Quintero | International Service Paralegal**

| | |
|---|---|
| **Ancillary Legal Corporation** | **Elizabeth Gallo Court Reporting** |
| **a:** 2900 Chamblee Tucker Road, Building 13, Atlanta, GA 30341 | **e:** info@georgiareporting.com **w:** www.georgiareporting.com |
| **e:** inquire@ancillarylegal.com **w:** www.ancillarylegal.com | **p:** (404) 389-1155 | **Pay Online** | **Satisfaction Survey** |
| **p:** (404) 459-8006 | **Pay Online** | **Satisfaction Survey** | |

**\*In an effort to combat the spread of Covid-19, our International and Local teams are working remotely. A skeleton crew is available at our office for original documents and shipments, and we do not intend for our services to be delayed as a result. Please let us know if you have any questions, but we intend to operate as normally as possible during this situation.**