# EXHIBIT A

# Fw:AMICABLE SOLUTIONS

From: managerhunter <managerhunter@vip.163.com>
Sent: Sat, Jul 11, 2020 at 9:17 am
To: DARIUS OWN, Fran, Anya keyhanillc.com, fstephenson@keyhanillc.com

Avon complaint.pdf (207.8 KB)    IMG_9820.PNG (604.5 KB)   – Download all

Hi Darius,

Pls find my email to Sanjay just now after his calling to me one hour ago!

Best regards!

HUNTER


-------- Forwarding messages --------
From: "managerhunter" <managerhunter@vip.163.com>
Date: 2020-07-11 21:16:01
To: Sanjay <sanjay@avongroup.in>,"Naina Parekh" <naina@avongroup.in>,"Pranay Parekh" <pranay@avongroup.in>
Subject: AMICABLE SOLUTIONS
Dear Sanjay,

Tks for your calling today! I am happy that we exchange our opions.

1/Wednesday afternoon we had an amicable phone call, and I was expecting for your amicable proposal.
2/Wednesday night you sent me your proposal with a big money.
3/Thursday morning immediately you send an official Wechat mail with your signature threatening that your legal team is ready to disturb our customers, pls see encl screen shot. Your way is very stressful and unprofessional, how can you threaten to disturb our business in just several hours after your first proposal?!

My comment:
1/In order to protect our customers and our business in USA, we sued you yesterday in USA court, pls see encl complaint. For two reasons, first for non-infringing to your patent,second for your infringing our patent clearly, details pls enclosements. Pls take care this case professionally, if you start to disturb our customers after you receive this complaint, pls consult with your lawyer in USA what will be your responsiblity.

2/Pls send us your legal opions concerning patent issues after you receive our products which you bought, we will take care your patent opions seriously and professionally.

3/Our opions is, first, different companies shall respect each other by independant creations, second, different creations shall be able to co-exist in the markets. Apple, Samsung,Huawei are all mobil companies, each one has its individual creations, a mobil market shall not be own by one company if the creations are independant.

4/Just to remind you once more, we remind you many times that we have USB charging system patented in USA, you just ignore it and go ahead to damage us, and you think other people can infringe our patent, you shall also be able to infringe us as well, this is very unprofessional.

Looking forward to hearing from you!
Best regards!

HUNTER