# EXHIBIT B

# Swissdigital v. Avon Lifestyle Pvt. Ltd. and Naina Parekh, Case No.: 1:20-cv-870 (WDNY)

From: fstephenson@keyhanillc.com <fstephenson@keyhanillc.com>
Sent: Tue, Dec 15, 2020 at 3:52 pm
To: pranay@avongroup.in, naina@avongroup.in
Cc: Darius Keyhani, Anya Engel

Authenticating Declaration (Swissdigital) -1.pdf (85 KB)    Ex. A(1).pdf (1.7 MB)
Response to order to show cause.pdf (165.2 KB)   — Download all

```
Dear Mr. Pranay and Ms. Parekh,

Please find attached documents which were filed with the Court in the above captioned
case.

Kind regards,

Frances H. Stephenson
Keyhani LLC
```