# EXHIBIT A



FW: RE: Fw: Eume Massager Backpack

From:  dkeyhani@keyhanillc.com <dkeyhani@keyhanillc.com>
Sent:  Wed, Jul 6, 2022 at 12:12 pm
To:    Scott Draffin
Cc:    Frances Stephenson

-----Original Message-----
From: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>
Sent: Wednesday, July 8, 2020 8:57pm
To: "managerhunter" <managerhunter@vip.163.com>
Cc: "fran@swissdigital.com" <fran@swissdigital.com>
Subject: RE: Fw: Eume Massager Backpack

Hi Hunter,  I think you should advise him that his proposal is not
acceptable and that he/and his company have been infringing your
U.S. No. 10,574,071 with many of us backpack products
including
EUME Barret Massager 15.6 inch Laptop Backpack

-----Original Message-----
From: "managerhunter" <managerhunter@vip.163.com>
Sent: Wednesday, July 8, 2020 7:43pm
To: "DARIUS OWN" <dkeyhani@keyhanillc.com>
Cc: "fran@swissdigital.com" <fran@swissdigital.com>
Subject: Fw: Eume Massager Backpack

Hi Darius,

Pls find the following email from Sanjay!

We have to file as scheduled on Friday, can we still  keep this
schedule?

Best regards!

Hunter

发自网易邮箱大师

--------- Forwarded Message ---------

From: Sanjay
Date: 07/09/2020 01:55
To: managerhunter
Cc: Naina Parekh,Pranay Parekh
Subject: Eume Massager Backpack

Hello Hunter,

As per our conversation earlier today (8th July 2020) with respect to the massaging backpack patent of our company, Avon Lifestyle Pvt. Ltd., which is issued under the name of its director and my wife, Mrs. Naina Parekh, that has been infringed by Swiss Digital Backpacks, we have arranged for a solution for the same.

The details for the settlement/royalty structure would be:
-       Signing amount: USD $100,000 (keeping in mind 10,000 massager backpacks have already been produced without our approval)
-       Royalty per backpack: USD $10 per piece
-       Minimum royalty per year: USD $350,000 (35,000 massager backpacks as agreed by you)
-       Number of years for which this license will valid: 3 years from signing date (only in the USA Market)

Conditions of using the patent for this license:
-       The backpacks will clearly need to mention that "Technology 

Licensed from and Powered by EUME"

- We will also have to clearly mention that the patent has been approved to our company, and that you are an official licensee for our technology/patent.

Let me iterate once again Hunter that when we met a few years back, we had showed you this product with the intention to do a partnership, and we were really disappointed when we saw your product selling in the US (American) Market without our know bouts.

Keeping in mind how important time is, as well as our financial and human resources, we have internally worked on an agreement that would be best for both EUME and Swiss Digital in the long run.

Further, we will also need to be told how we would be keeping an official count of the backpacks that are actually being sold, and how we can track it efficiently.

Looking forward to your reply.

Regards,
Sanjay Parekh
Avon Lifestyle Pvt. Ltd.
+919820020108

