# EXHIBIT B





< 131     **Sanjay C Parekh**     •••

2020年7月9日 00:45

 Hunter,
Good morning.
My legal team is asking me to go ahead and send a letter to Costco, Amazon & your Distributor where your products are being sold, and what are the numbers that have already been sold.

However, on humanitarian and personal level grounds, I am telling you in advance to kindly expedite this and resolve it at the earliest.

Regards,
Sanjay Parekh

Dear Sanjay, definitely I will come back to you within early next week with our solutions, pls wait! Best regards! Hunter 

2020年7月9日 07:09

 

      









