# EXHIBIT C



# Fw:Re:Eume Massager Backpack

**From:** dkeyhani@keyhanillc.com <dkeyhani@keyhanillc.com>
**Sent:** Wed, Jul 6, 2022 at 12:17 pm
**To:** Scott Draffin
**Cc:** Frances Stephenson

-----Original Message-----
From: "managerhunter" <managerhunter@vip.163.com>
Sent: Thursday, July 9, 2020 7:08am
To: "DARIUS OWN" <dkeyhani@keyhanillc.com>, "Fran" <fran@swissdigital.com>
Subject: Fw:Re:Eume Massager Backpack

Hi Darius,

Pls find hereunder my reply back to EUME, FYI!

Can you pls get ready to file in Buffalo court within this Friday as schedule, guess even better within today? There is going to be a fight immediately as you can imagine after my reply to them. We shall show bill of prosecution to our customers within Monday to declare that we are protected by the law, in order to make our customers relax, as obviously EUME is going to send letters to disturb our customers in a few days only.

Looking forward to hearing from you!

Best regards!

HUNTER


-------- 转发邮件信息 --------

发件人："managerhunter" <managerhunter@vip.163.com>

发送日期：2020-07-09 19:01:31

收件人：Sanjay <sanjay@avongroup.in>

抄送人："Naina Parekh" <naina@avongroup.in>,"Pranay Parekh" <pranay@avongroup.in>

主题：Re:Eume Massager Backpack


Hi Sanjay,

I have been studying with our distributor in whole day about your email and proposal.

We had an amicable discussion on the phone yesterday, but the money you requested in this email was way too much. Your proposal is not acceptable, in particular since I am not infringing your patent and there is prior art out there (disclosing your invention) predating your patent's application disclosure priority date and therefore your patent should have never been granted by the Patent Office.

In contrast, you have been infringing my U.S. Patent No. US 10,574,071 B2 with many of your backpack products sold in the United States, including but not limited to, the following products:

**EUME Genx Massager 15.6 inch Laptop Backpack and**

**EUME Barret Massager 15.6 inch Laptop Backpack**

If you do not immediately stop infringing my patent I will pursue my legal rights to the full extent of the law.

We hope you can study once more your patent and comparing with our products which were under independant creations.

I wish to schedule another call with you on this Saturday(July 11th) 5:00pm India time again.

Looking forward to feeding back and speaking to you soon!

Regards,

Hunter

--

网易VIP邮箱提醒：安全收发邮件，务必核实往来邮件地址、银行账号等机密信息，请通过电话或视频等多种方式确认信息真实性，提高警惕，请勿轻易透露个人重要信息。
Alert message of Netease Vipmail： Never provide your password, security questions, verification codes, or any other personal important information details to anyone else.
You can identify mail message by telephone,video-chat or other ways.You should make sure that your email address, bank account and other confidential information as secure as possible. Thank you for keeping your email account secure.

At 2020-07-09 01:55:17, "Sanjay" <sanjay@avongroup.in> wrote: >Hello Hunter, > >As per our conversation earlier today (8th July 2020) with respect to the massaging backpack patent of our company, Avon Lifestyle Pvt. Ltd., which is issued under the name of its director and my wife, Mrs. Naina Parekh, that has been infringed by Swiss Digital Backpacks, we have arranged for a solution for the same. > >The details for the settlement/royalty structure would be: >- Signing amount: USD $100,000 (keeping in mind 10,000 massager backpacks have already been produced without our approval) >- Royalty per backpack: USD $10 per piece >- Minimum royalty per year: USD $350,000 (35,000 massager backpacks as agreed by you) >- Number of years for which this license will valid: 3 years from signing date (only in the USA Market) > >Conditions of using the patent for this license: >- The backpacks will clearly need to mention that "Technology Licensed from and Powered by EUME" >- We will also have to clearly mention that the patent has been approved to our company, and that you are an official licensee for our technology/patent. > >Let me iterate once again Hunter that when we met a few years back, we had showed you this product with the intention to do a partnership, and we were really disappointed when we saw your product selling in the US (American) Market without our know bouts. > >Keeping in mind how important time is, as well as our financial and human resources, we have internally worked on an agreement that would be best for both EUME and Swiss Digital in the long run. > >Further, we will also need to be told how we would be keeping an official count of the backpacks that are actually being sold, and how we can track it efficiently. > >Looking forward to your reply. > >Regards, >Sanjay Parekh >Avon Lifestyle Pvt. Ltd. >+919820020108