IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

---

| | |
|---|---|
| Swissdigital USA Co., Ltd., | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | Case No.: 1:20-cv-870 |
| Avon Lifestyle Pvt. Ltd. and | |
| Naina Parekh, | |
| Defendants. | |

---

## CERTIFICATE OF SERVICE

A copy of this Response to Order to Show Cause and accompanying declarations and exhibits were served on Defendants by email on July 18, 2022.

s/ Frances H. Stephenson
Frances H. Stephenson