UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Swissdigital USA Co., Ltd.,

                Plaintiff(s),

    v.                                    20-CV-870

Avon Lifestyle Pvt. Ltd. and
Naina Parekh,

                Defendant(s).
_____

## **CLERK'S ENTRY OF DEFAULT**

It appearing that Defendants Avon Lifestyle Pvt. Ltd. and Naina Parekh are in Default for failure to appear or otherwise defend as required by law,

Default is hereby entered as against said defendants on April 4, 2023.


                                    MARY C. LOEWENGUTH
                                    Clerk of Court
                                  United States District Court


                                    By: s/Rosemarie Eby-Collom
                                       Deputy Clerk