IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

---

Swissdigital USA Co., Ltd.,

    Plaintiff,

v.

Avon Lifestyle Pvt. Ltd. and

Naina Parekh,

    Defendants.

---

JURY TRIAL DEMANDED

Case No.: 1:20-cv-870-LJV

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Memorandum of Law in Support of Plaintiff's Second Motion for Default Judgment was served on Defendants Avon Lifestyle Pvt. Ltd. and Naina Parekh via electronic mail to the following email addresses on September 12, 2024:

pranay@avongroup.in

naina@avongroup.in

naina@eumeworld.com

                    */s/ Dariush Keyhani*
                    Dariush Keyhani