IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

---

Swissdigital USA Co., Ltd.,

    Plaintiff,

v.

Avon Lifestyle Pvt. Ltd. and

Naina Parekh,

    Defendants.

---

JURY TRIAL DEMANDED

Case No.: 1:20-cv-870-LJV

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff Swissdigital USA Co., Ltd., requests that the Clerk of Court enter Default against Defendants Avon Lifestyle Pvt. Ltd. and Naina Parekh, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: June 2, 2025

    Respectfully submitted,

    */s/ Dariush Keyhani*
    Dariush Keyhani
    **KEYHANI LLC**
    1050 30th Street NW
    Washington, DC 20007
    Phone: (202) 748-8950
    dkeyhani@keyhanillc.com

    *Attorneys for Plaintiff Swissdigital USA Co., Ltd.*