UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Swissdigital USA Co., Ltd.,

                Plaintiff,

     v.                                                    1:20-cv-870-LJV

Avon Lifestyle Pvt. Ltd. and Naina Parekh,

                Defendants.
_____

## **ENTRY OF DEFAULT**

     It appearing that Defendants

Avon Lifestyle Pvt. Ltd. and Naina Parekh,

are in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this the ___ day of _____, 2025.


                                                      Mary C. Loewenguth
                                                           Clerk of Court
                                                   United States District Court


                                         By: _____
                                                        Deputy Clerk