IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

---

Swissdigital USA Co., Ltd.,

    Plaintiff,

v.

Avon Lifestyle Pvt. Ltd. and

Naina Parekh,

    Defendants.

---

JURY TRIAL DEMANDED

Case No.: 1:20-cv-870-LJV

## **CERTIFICATE OF SERVICE**

I, Dariush Keyhani, hereby certify that I am a member of the law firm Keyhani LLC and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Request for Entry of Default, Declaration in Support of Request for Entry of Default, and proposed Entry of Default to be served on Defendants Avon Lifestyle Pvt. Ltd. and Naina Parekh via electronic mail to the following email addresses:

pranay@avongroup.in

naina@avongroup.in

naina@eumeworld.com

Dated: June 2, 2025

        Respectfully submitted,

        */s/ Dariush Keyhani*
        Dariush Keyhani
        **KEYHANI LLC**

1

1050 30th Street NW
Washington, DC 20007
Phone: (202) 748-8950
dkeyhani@keyhanillc.com

*Attorneys for Plaintiff Swissdigital USA Co., Ltd.*