UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SWISSDIGITAL USA CO., LTD.,

Plaintiff,

v.

AVON LIFESTYLE PVT. LTD. and
NAINA PARKH,

Defendants.

---

20-CV-870-LJV-MJR
DECISION & ORDER

On July 10, 2020, the plaintiff, Swissdigital USA Co., Ltd. ("Swissdigital"), filed a complaint alleging patent infringement under 35 U.S.C. § 271 and seeking a declaratory judgment under 28 U.S.C. §§ 2201 et seq. Docket Item 1. In May 2023, after the Clerk of the Court entered a default based on the defendants' failure to answer or otherwise respond to the complaint, *see* Docket Item 10, Swissdigital moved for a default judgment, Docket Items 11 and 12. This Court denied that motion without prejudice because Swissdigital had attached the incorrect patent to the complaint and because the motion for a default judgment relied on facts not included in the complaint. *See* Docket Item 15.

Swissdigital then amended the complaint, Docket Item 17, and again moved for a default judgment, Docket Items 18 and 19. But this Court denied that motion without prejudice—this time because Swissdigital had not obtained the required clerk's entry of default after amending the complaint. *See* Docket Item 20. So Swissdigital obtained that entry of default, Docket Items 21 and 22, and filed its third motion for a default judgment, Docket Items 23 and 24.

On July 1, 2026, this Court referred this case to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. § 636(b)(1)(A) and (B). Docket Item 27. On August 27, 2026, Judge Roemer issued a Report and Recommendation ("R&R") finding that Swissdigital's motion should be granted in part and denied in part. Docket Item 28. More specifically, Judge Roemer recommended that this Court grant a default judgment on count 1 (infringement of U.S. Patent No. 10,574,071) and on count 2 (declaration of non-infringement of U.S. Patent No. 10,561,225) insofar as count 2 sought a declaration regarding direct infringement. *See id*. at 17, 22-23, 30. He also recommended that this Court permanently enjoin the defendants from infringing U.S. Patent No. 10,574,071 and deny Swissdigital's request for attorneys' fees and costs. *See id.* at 27, 29, 30. The parties did not object to the R&R, and the time to do so now has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The court must review de novo those portions of a magistrate judge's recommendation to which a party objects. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Although not required to do so in light of the above, this Court nevertheless has reviewed Judge Roemer's thoughtful and thorough R&R, as well as the submissions to him. Based on that review and the absence of any objections, the Court accepts and

adopts Judge Roemer's recommendation to grant in part and deny in part Swissdigital's motion. *See* Docket Item 28 at 30.

For the reasons stated above and in the R&R, this Court GRANTS IN PART and DENIES IN PART Swissdigital's motion for a default judgment as follows:

- The Court grants a default judgment on count 1 (infringement of U.S. Patent No. 10,574,071);
- With respect to count 2 (declaration of Non-Infringement of U.S. Patent No. 10,561,225), the Court declares that the Swissdigital Massage Backpacks do not directly infringe, literally or under the doctrine of equivalents, upon U.S. Patent No. 10,561,225;
- The Court permanently enjoins the defendants from infringing U.S. Patent No. 10,574,071; and
- The Court denies Swissdigital's request for attorneys' fees and costs.

The Clerk of the Court shall enter judgment and close this case.

SO ORDERED.

Dated: September 25, 2026
Buffalo, New York

***/s/ Lawrence J. Vilardo***
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE