Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Swissdigital USA Co., Ltd.

v.

Avon Lifestyle Pvt. Ltd. et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:20-cv-00870

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court GRANTS IN PART and DENIES IN PART Swissdigital's motion for a default judgment.

Date: September 28, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Tatiana
Deputy Clerk